1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,          )  Case No.  07MJ2774
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )  **NOTICE OF APPEARANCE**
                                       )
14  **HUMBERTO LEYVA-ROMERO**,         )
                                       )
15                                     )
            Defendant.                 )
16  _____    )

17          Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                  Respectfully submitted,

21

22  Dated: November 30, 2007           /s/  *Robert R. Henssler, Jr.*
                                       **ROBERT R. HENSSLER, JR.**
23                                     Federal Defenders of San Diego, Inc.
                                       Robert_Henssler@fd.org
24                                     Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 30, 2007    */s/ Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org